| | |
|---|---|
| NANCY ANN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:25-cv-00063 |
| | ) |
| FRANK BISIGNANO, *Commissioner of* | ) |
| *Social Security of the United States of* | ) |
| *America*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Barbara D.
Holmes ("R&R") (Doc. No. 12) recommending that the Court grant Plaintiff's motion for
judgment on the administrative record (Doc. No. 9) and remand this case to the Social Security
Administration for further administrative proceedings consistent with the R&R. The R&R, issued
on March 18, 2026, notified Defendant that any objections must be filed within fourteen days.
(Doc. No. 12 at 12). Defendant did not object. Because Defendant lodged no objections to the
R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of
1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear
error on the face of the record in order to accept the recommendation."). The district court "may
accept, reject, or modify, in whole or in part, the findings or recommendations made by the
magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court
**ADOPTS** the R&R (Doc. No. 12) in its entirety. The motion for judgment on the administrative

record (Doc. No. 9) is **GRANTED**. This case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the R&R.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE